UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x   Civil Action No.: MISC-05-88

UNITED STATES OF AMERICA,

    Plaintiff,

 - against-

STEVEN M. LIEBMAN,

    Defendant.

and

CITIBANK,

    Garnishee.
------------------------------------------------------------x

## WRIT OF CONTINUING GARNISHMENT

GREETINGS TO:  Citibank
        181 Montague Street
        Brooklyn, New York 11201

  An application for a Writ of Garnishment against the property of Steven M. Liebman, defendant, has been filed with this Court. A judgment has been entered against the above-named defendant in the amount of $47,049.92, plus costs and interest, computed through April 28, 2005.

  You are required by law to answer in writing, under oath, within ten (10) days, whether or not you have in your custody, control or possession, any property owned by the debtor, including non-exempt, disposable earnings. Please state whether or not you anticipate paying the debtor any future payments and whether such payments are weekly, bi-weekly, or monthly.

  You must file the original written answer to this writ within ten (10) days of your receipt of this writ with the United States District Clerk at:

U. S. District Court
U. S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Additionally, you are required by law to serve a copy of your answer upon the debtor at: 17 Tatterson Street, Roslyn, NY 11576 and upon the Attorney for the United States of America, Michael T. Sucher, Esq., 26 Court Street, Suite 2412, Brooklyn, NY 11242.

Under the law, there is property which is exempt from this writ of Garnishment. Property which is exempt and which is not subject to this order is listed on the attached Claim for Exemption form.

Pursuant to 15 U.S.C. §1674. Garnishee is prohibited from discharging the defendant from employment by reason of the fact that his earnings have been subject to garnishment for any one indebtedness.

If you fail to answer this writ or withhold property in accordance with this writ, the United States of America may petition the Court for an order requiring you to appear before the Court. If you fail to appear or do appear and fail to show good cause why you failed to comply with this writ, the Court may enter a judgment against you for the value of the debtor's non-exempt property. It is unlawful to pay or deliver to the defendant any item attached by this writ.

Dated:

                                          Robert C. Heinemann
                                          Clerk, U.S. District Court

                                          Deputy Clerk